UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OLEH WERES,

      Plaintiff,

   v.

NANCY H. WERES,

      Defendant.

NO. C 03-02738 CW

**MINUTE ORDER**
Date: 10/17/03

**The Honorable Claudia Wilken, Presiding**
**Clerk: Phil Acosta for Sheilah Cahill**

**Court Reporter:** Raynee Mercado

**Appearances for Plaintiff:**
Olen Weres (pro-se)

**Appearances for Defendant:**
Scott Plamondon

**Motions:**

| | | |
|---|---|---|
| Defendant | Motion to Dismiss | Under Submission |

Further briefing due: 10/27/03

Notes: Court is inclined to grant defense motion to dismiss. Plaintiff to file brief by 10/27, opposition to be filed by 10/31 and reply by 11/14. 10/31/03 Case Management hearing is vacated. Court will rule on the papers, or set another Case management date.

Copies to:  Chambers